

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2014

No. 04-14-00705-CV

**IN THE INTEREST OF E.A.T.**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02779
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order terminating appellant's parental rights. Appellant timely filed notice of appeal, and the record was due October 20, 2014. The reporter's record was not filed. This court notified the court reporter, David Zarate, that the record was past due and advised him to file it by November 3, 2014. On November 3, Zarate filed a motion for an extension of time until November 12 to file the brief.

We grant the motion and **order** David Zarate to file the reporter's record by **November 12, 2014**. The court will not grant any further extension of time to file the record in the absence of a showing of extraordinary circumstances that prevent the timely filing of the record and reasonable assurance the record will be completed and filed by the requested extended deadline.

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1). We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court